**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT P. CARROLL,

Debtor.

ROBERT P. CARROLL,

Movants

v.

NO RESPONDENTS,

Respondent

Bankruptcy No. 18-21715

Related to Dkt. No. 11

FILED
5/11/18 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __11th__ day of _____May_____, 2018, after consideration of the within Motion to Extend Tim of the Debtor, and upon motion of Max Feldman, Attorney for Debtor, IT IS HEREBY ORDERED THAT documents required to complete the bankruptcy filing are to be filed on or before May 29, 2018.

BY THE COURT:

_____
jah

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21715-GLT
Robert P Carroll                                                      Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 1              Date Rcvd: May 11, 2018
                    Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
db             +Robert P Carroll,    304 Dennison Drive,    West Mifflin, PA 15122-3211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
        Max C. Feldman    on behalf of Debtor Robert P Carroll mcfeldman@verizon.net
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                              TOTAL: 5