PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21715-GLT |
| | : | |
| ROBERT P. CARROLL | : | |
| | : | |
| Debtors | : | |
| | : | Chapter 13 |
| ROBERT P. CARROLL, Debtor and | : | |
| RONDA J. WINNECOUR, Trustee | : | |
| | : | |
| Standing Chapter 13 Trustee or Debtor(s) Movant | : | |
| | : | |
| | : | Related to Document No. |
| v. | : | |
| PROPEL SCHOOLS | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF THE ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT, AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 27, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First class mail.

| | |
|---|---|
| U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222 | Mr. Robert Carroll<br>304 Dennison Drive<br>West Mifflin, PA  15122 |
| Ronda J. Winnecour, Esquire<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Propel Schools<br>1500 Yost Boulevard<br>Braddock Hills, PA  15221 |

EXECUTED ON: 6-27-2018

        By: /s/ Max Feldman
        Max Feldman, Esquire
        1322 Fifth Avenue
        Coraopolis, PA  15108
        412.262.6181 – phone
        412.262.6344 – fax
        mcfeldman@verizon.net
        PA I.D. 56429