IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/4/19 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
ROBERT P. CARROLL                              )
                                               )
                                               )      Case No.:18-21715-GLT
                                               )
                    Debtor(s)                  )      Chapter 13
       ____  _____ ____                   )
                                               )
Ronda J. Winnecour, Chapter 13 Trustee,        )
       Movant,                                 )      Related Document No.:  47  and 50
                    Vs.                         )
          ROBERT P. CARROLL                     )
              Respondent(s)                     )

TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT
REQUESTING DISMISSAL OF CASE

        The Certificate of Default that was filed in the above-referenced case on July 18,

2019 (document no. 47) is hereby WITHDRAWN.  Therefore the hearing scheduled for

October 17, 2019 is hereby CANCELLED.

                              Respectfully submitted,


9-3-2019                      /s/ Ronda J. Winnecour
Date                          Ronda J. Winnecour (PA I.D. #30399)
                              Attorney and Chapter 13 Trustee
                              U.S. Steel Tower – Suite 3250
                              600 Grant Street
SO ORDERED this 4th day of September 2019    Pittsburgh, PA  15219
                              (412) 471-5566
                              cmecf@chapter13trusteewdpa.com


_____
GREGORY L. TADDONICT
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21715-GLT
Robert P Carroll                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut            Page 1 of 1          Date Rcvd: Sep 04, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db            +Robert P Carroll,    304 Dennison Drive,    West Mifflin, PA 15122-3211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
          Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association et al c/o
          Rushmore Loan Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
          National Association, not in its individual capacity but solely as trustee for the RMAC Trust,
          Series 2016-CTT bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
          Max C. Feldman    on behalf of Debtor Robert P Carroll mcfeldman@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                             TOTAL: 7