**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 18-21715-GLT |
| | ) | |
| Robert P. Carroll, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | ) ) ) ) | Related to Doc. No. |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert P. Carroll, | ) | |
| | ) | |
| Respondent | ) | |

**DECLARATION OF DEBTOR THAT DEBTOR'S CHAPTER 13 PLAN IS SUFFICIENT TO PROVIDE FOR POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES FILED ON AUGUST 26, 2021**

1. Debtor is Robert P. Carroll.

2. A Notice of Postpetition Mortgage, Fees, Expenses and Charges filed by U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Service 2016-CTT was filed on August 26, 2021 (hereinafter "Creditor").

3. The Creditor's postpetition property registration fees of $385.00 will be funded by debtor paying the same along with the trustee's fee to the trustee on or before fourteen (14) days of this date.

.

Date: September 21, 2021

Respectfully submitted,

/s/ Max Feldman
Max Feldman, Esquire
Attorney for Debtor
1322 Fifth Avenue
Coraopolis, PA  15108
(412) 262-6181
(412) 262-6344 –fax
mcfeldman@verizon.net
PA I.D. No. 56429