**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

2/22/23 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
 ROBERT P CARROLL

   Debtor(s)
Ronda J. Winnecour, Trustee
   Movant
   vs.
ROBERT P CARROLL

   Respondents

Case No. 18-21715GLT

Chapter 13

Document No. __59__

## ORDER TO STOP PAYROLL DEDUCTIONS

   AND NOW, this ___22nd___ day of February, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Propel Schools
Attn: Payroll Manager
3447 E Carson St Ste 200
Pittsburgh, PA 15203

is hereby ordered to immediately terminate the attachment of the wages of ROBERT P CARROLL, social security number XXX-XX-7332. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT P CARROLL.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
Gregory L. Taddonio    jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21715-GLT |
| Robert P Carroll | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert P Carroll, 304 Dennison Drive, West Mifflin, PA 15122-3211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank National Association et al c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Series 2016-CTT mmiksich@kmllawgroup.com

Max C. Feldman
    on behalf of Debtor Robert P Carroll mfeldman@attorneyfeldman.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9