Certificate Number: 15317-PAW-DE-037343872

Bankruptcy Case Number: 18-21715



15317-PAW-DE-037343872

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 13, 2023, at 12:10 o'clock PM PDT, Robert P Carroll completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: April 13, 2023

By: /s/Jennieca Laud

Name: Jennieca Laud

Title: Credit Counselor