# LAW OFFICES OF MAX C. FELDMAN

| 1322 Fifth Avenue | Phone (412) 262-6181 | 345 Commerce Street |
| Coraopolis, PA 15108 | Fax (412) 262-6344 | Beaver, PA 15009 |

**Form 26**     **IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**                                              ) **Bankruptcy No. 18-21715-GLT**
    **Robert P. Carroll,**                     ) **Chapter 13**
        **Debtor.**                           ) Docket No.
                                                        ) Related to Doc.

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. Debtor, Robert P. Carroll, has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On _April 13_, 2023, at docket number _70_, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(C) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

   Undersigned Counsel duly questioned Debtor(s) on _April 14_, 2023 about the statements in this Certification and verified the answers in support of this Certification.

Dated: _April 18_, 2023

_/s/ Max C. Feldman_
Max C. Feldman, Esquire
1322 5th Avenue, Coraopolis, PA 15108
Tele. (412) 2626181 / Fax (412) 262-6344
E-mail: mfeldman@attorneyfeldman.com
PA I.D. No. 5629

PAWB Local Form 24

---

| Max C. Feldman, Esquire | Nicholas M. Feldman, Esquire | Joseph A. Feldman, Esquire |
| mfeldman@attorneyfeldman.com | nfeldman@attorneyfeldman.com | jfeldman@attorneyfeldman.com |

# LAW OFFICES OF MAX C. FELDMAN

| 1322 Fifth Avenue | Phone (412) 262-6181 | 345 Commerce Street |
| Coraopolis, PA 15108 | Fax (412) 262-6344 | Beaver, PA 15009 |

### Discharge Eligibility Questions
### Robert P. Carroll

1. Have you incurred a debt or are you subject to a proceeding related to any of the following (please circle yes or no as to each question):

| Type of Debt | Debtor (circle one) | | Debtor's spouse if also a debtor in this case (circle on) | |
|---|---|---|---|---|
| Violating any securities laws | Yes | **No** | Yes | No |
| Committing fiduciary fraud | Yes | **No** | Yes | No |
| Being found guilty of racketeering | Yes | **No** | Yes | No |
| Causing intentional physical injury to another | Yes | **No** | Yes | No |
| Been convicted of a felony | Yes | **No** | Yes | No |
| Currently being part of a felony proceeding | Yes | **No** | Yes | No |

2. Are you required to pay any Domestic Support Obligations:

Yes      **No**

3. If you are required to pay any Domestic Support Obligations, have you paid all amounts which you are required to pay under a Court Order or Statute that were due on or before the date that you completed and signed this interview questionnaire?

Yes      **No**

Answer the questions, sign, date, and return this to me.

*Robert P. Carroll* / Date *April 19, 2023*

Robert P. Carroll

---

| Max C. Feldman, Esquire | Nicholas M. Feldman, Esquire | Joseph A. Feldman, Esquire |
| mfeldman@attorneyfeldman.com | nfeldman@attorneyfeldman.com | jfeldman@attorneyfeldman.com |