IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Robert P. Carroll

    Debtor(s)

:     Bankruptcy No. 18-21715-GLT
:
:
:     Chapter 13

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On <u>April 13, 2023</u>, at docket number <u>70,</u> Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

   Undersigned Counsel duly questioned Debtor(s) on <u>April 14, 2023</u> about the statements in this Certification and verified the answers in support of this Certification.

Dated: April 18, 2023      BY: <u>/s/ Max C. Feldman, Esquire</u>
    Max C. Feldman, Esquire
    1322 Fifth Ave. Coraopolis, PA 15108
    412-262-6181
    PA I.D. #56429

    mfeldman@attorneyfeldman.com

**PAWB Local Form 24 (07/13)**